UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ZHOU LU, | |
| Plaintiff, | 2:10-cv-546-RCJ-LRL |
| vs. | |
| SHERYL FOSTER, etc., *et al.*, | O R D E R |
| Defendant, | |

This matter was referred to the undersigned Magistrate Judge on Plaintiff's Motion to Reconsider Docket 10 (Order Scheduling ENE) (#11).

The Court having reviewed the Motion (#11) finds that this case should not have been referred to the Early Neutral Evaluation program. Good cause appearing therefore,

IT IS HEREBY ORDERED that the **Early Neutral Evaluation hearing scheduled for November 8, 2010, at 1:30 PM is VACATED and shall NOT be rescheduled.**

DATED this   15th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge